AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-977

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __City of San Antonio__
was received by me on *(date)* __8/11/2023__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ivan Bickham, City Legislative Analyst__ who is
designated by law to accept service of process on behalf of *(name of organization)*
__City of San Antonio__ on *(date)* __8/11/2023 @ 3:38 PM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/14/2023__

*Server's signature*

__David Pace, PSC-1820__
*Printed name and title*

__6531 FM78 Suite 110-507, San Antonio, TX 78244__
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Gary Perez and Matilde Torres, | ) | |
| _Plaintiff(s)_ | ) ) ) ) ) | |
| v. | ) | Civil Action No. 23-CV-977 |
| City of San Antonio | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ City of San Antonio
100 Military Plaza
P.O. Box 839966
San Antonio, TX 78283-3966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan D. Guynn
2727 N. Harwood St.
Suite 500
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 1 0 2023

_Signature of Clerk or Deputy Clerk_