UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Gary Perez and Matilde Torres,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>City of San Antonio,<br><br>　　　　*Defendant*. | Case No. 23-cv-00977-FB |

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Before the Court is the *Motion for Temporary Restraining Order and Preliminary Injunction* ("Motion") filed by Plaintiffs Gary Perez and Matilde Torres ("Plaintiffs"). After careful consideration and good cause shown, the Court finds that Plaintiffs' Motion should be granted.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the City of San Antonio, and all other officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with it, are hereby enjoined:

1. implementing the Bond Project or otherwise removing trees from Brackenridge Park (the "Park")[1] until Plaintiffs and the City agree on a specific plan that preserves the Park's spiritual ecology;

2. implementing the Bond Project or otherwise engaging in "bird deterrence" within the Park in a way that violates Plaintiffs' religious rights;

---

[1] The definitions in this order have the same meaning as the definitions in Plaintiffs' Proposed Findings of Fact and Conclusions of Law.

1

3. preventing Plaintiffs from accessing and performing religious ceremonies in the Lambert Beach area.

IT IS FURTHER **ORDERED** that any violation of this Order will subject Defendant to sanctions.

Accordingly, IT IS ORDERED that Plaintiffs' Motion is GRANTED.

SIGNED this _____ day of _____, 2023.

							_____
							THE HONORABLE FRED BIERY
							UNITED STATES DISTRICT JUDGE