UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Gary Perez and Matilde Torres,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>City of San Antonio,<br><br>      *Defendant*. | Case No. 23-cv-00977-FB |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy M. Villari of the law firm of Jones Day enters his appearance as counsel for Plaintiffs in the above-styled action. The undersigned counsel requests service of all subsequent communications, pleadings, notices, or other papers:

          Respectfully submitted,

          /s/ *Timothy M. Villari*

          Timothy M. Villari
          Texas State Bar No. 24125870
          JONES DAY
          2727 North Harwood Street
          Dallas, TX  75201.1515
          Telephone:  +1.214.969.5104
          E-mail: tvillari@jonesday.com

          ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served by electronic mail on September 22, 2023, to all counsel of record.

*/s/ Timothy M. Villari*
Attorney for Plaintiffs