IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Gary Perez and Matilde Torres | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 23-cv-00977-FB |
| | § | |
| | § | |
| City of San Antonio | § | |
| Defendant | § | |

CITY OF SAN ANTONIO'S ADVISORY TO THE COURT

TO THE HONORABLE FRED BIERY,
UNITED STATES DISTRICT JUDGE:

Defendant City of San Antonio (the "City") advises the Court that pursuant to the October 2, 2023 Order [DKT. No 47], the large broken limb on Tree 129 was removed yesterday (October 3, 2023) at approximately 10:00 a.m.  See attached photo of the removed tree limb.  In addition, the City removed additional dead branches from Tree 129 and Tree 126 (the nearby bald cypress tree), in an effort to mitigate danger associated with any activities within the 20' x 30' rectangular plot near those two trees.

Respectfully submitted,
LANGLEY & BANACK,
INCORPORATED
745 East Mulberry Avenue
Suite 700
San Antonio, Texas 78212
(210) 736-6600
(210) 735-6889 – Fax

By:   */s/ Fred R. Jones*
        Fred R. Jones

State Bar No. 10886700
fjones@langleybanack.com
Natalie F. Wilson
State Bar No. 24076779
Email: nwilson@langleybanack.com
Ian M. McLin
State Bar No. 24005071
Email: imclin@langleybanack.com
Lee Warren
State Bar No. 24099453
Email: lwarren@langleybanack.com

-and-

CITY OF SAN ANTONIO
Deborah Klein
Deputy City Attorney
State Bar No. 11556750
International Center
203 S. St. Mary's Street, 2nd Floor
San Antonio, Texas 78205
(210) 207-8949
(210) 207-4004 – Fax
Deborah.Klein@sanantonio.gov

ATTORNEYS FOR DEFENDANT
CITY OF SAN ANTONIO

<u>CERTIFICATE OF SERVICE</u>
This is to certify that on the 4th day of October, 2023, a true and correct copy of the foregoing document has been forwarded via electronic service through the Court's CM/ECF system to all counsel of record.

*/s/ Fred R. Jones*
Fred R. Jones