# ATTACHMENT



COSA 2047