IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Gary Perez and Matilde Torres<br>Plaintiffs | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 23-CV-00977-FB |
| | §<br>§ | |
| City of San Antonio<br>Defendant | §<br>§ | |

CITY OF SAN ANTONIO'S ADVISORY TO THE COURT

TO THE HONORABLE FRED BIERY,
UNITED STATES DISTRICT JUDGE:

1. Defendant City of San Antonio (the "City") advises the Court that the City opposes Plaintiffs' Emergency Motion for Injunction Pending Appeal [DKT. No. 54] filed at 6:03 p.m. on Monday, October 16, 2023.  The City plans to file a Response on or before Thursday, October 19, 2023 at 4:00 p.m.

2. Further, in the Opinion and Order [DKT. No. 52], the Court indicated it would await further advice from counsel "concerning all-night ceremonies involving consumption of peyote…"  In response, the City advises the Court that generally, the Park is closed from 11:00 p.m. – 5:00 a.m. daily.  See Tr. 90:20-22 – Testimony of Gary Perez ("Q. You're aware, of course, that the park closes every night between 11:00 p.m. and 5:00 a.m, correct?  A. Yes, ma'am.")  See also, the following link entitled Park Safety & Rules:

https://www.sanantonio.gov/ParksAndRec/Parks-Facilities/Park-Safety-Rules

3. As noted in the Rules, exceptions to the curfew for special events may be made. In fact, as shown by Defendant's Exhibit 30, the City granted Plaintiff Matilde Torres' request in 2022 for a permit for "Overnight Teepee Camp." On information and belief, a similar permit was issued for overnight usage on Indigenous Peoples Day this year. It is unknown whether peyote has been consumed in such events.

        Respectfully submitted,
        LANGLEY & BANACK, INCORPORATED
        745 East Mulberry Avenue
        Suite 700
        San Antonio, Texas 78212
        (210) 736-6600
        (210) 735-6889 – Fax

By: */s/ Fred R. Jones*
        Fred R. Jones
        State Bar No. 10886700
        fjones@langleybanack.com
        Natalie F. Wilson
        State Bar No. 24076779
        Email: nwilson@langleybanack.com
        Ian M. McLin
        State Bar No. 24005071
        Email: imclin@langleybanack.com
        Lee Warren
        State Bar No. 24099453
        Email: lwarren@langleybanack.com

-and-

        CITY OF SAN ANTONIO
        Deborah Klein
        Deputy City Attorney
        State Bar No. 11556750
        International Center
        203 S. St. Mary's Street, 2nd Floor
        San Antonio, Texas 78205

(210) 207-8949
(210) 207-4004 – Fax
Deborah.Klein@sanantonio.gov

ATTORNEYS FOR DEFENDANT
CITY OF SAN ANTONIO

CERTIFICATE OF SERVICE

This is to certify that on the 18th day of October, 2023, a true and correct copy of the foregoing document has been forwarded via electronic service through the Court's CM/ECF system to all counsel of record.

*/s/ Fred R. Jones*
Fred R. Jones