IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **GARY PEREZ and MATILDE TORRES,** § § | |
| Plaintiffs, § § | |
| VS. § | **CIVIL ACTION NO. SA-23-CV-977-FB** |
| § | |
| **CITY OF SAN ANTONIO,** § § | |
| Defendant. § | |

## ORDER CONCERNING JOINT MOTION FOR ENTRY OF AN ORDER

Before the Court is the Joint Motion for Entry of an Order Pursuant to the February 25, 2025, Status Conference (docket entry 134) containing competing motions and proposed orders stemming from the February 25, 2025, status conference.

While the Court's reading of the transcript from the hearing is unambiguous, the parties nevertheless cannot agree.

In the meantime, the Court's initial inclination was to maintain the status quo based on this Court's Opinion and Order Granting in Part and Denying in Part Plaintiffs' Request for Preliminary Injunction (docket entry 52) entered on October 11, 2023, and the Fifth Circuit's affirmation thereof. Moreover, the Fifth Circuit certification of a question to the Texas Supreme Court further complicates the procedural posture of the case, reminiscent of "Who's on First?"[1], but providing wonderful fodder for a civil procedure law school exam question.

The Court further observes that Plaintiffs' ancestors have been worshiping on this venue Mother Nature provided for a thousand years. Though hopefully not on the same timeline, this litigation will not conclude any time soon.

---

[1] "Who's on First?" is a commonly known comedy routine attributed to the famous American comedy duo of Bud Abbott and Lou Costello.

To the extent the Texas Supreme Court and the Fifth Circuit Court of Appeals' future rulings affect the questions counsel would ask in depositions, "We don't know what we don't know,"[2] until the Texas Supreme Court and the Fifth Circuit Court of Appeals provide clarity and guidance to the parties, counsel, and this Court concerning questions of law which may be dispositive and questions of fact requiring further discovery and litigation before the Court or a jury.

Accordingly, IT IS HEREBY ORDERED that this Court's oral pronouncements in the hearing held on February 25, 2025, are hereby WITHDRAWN. Given the Fifth Circuit Court of Appeals affirmance of this Court's Opinion and Order Granting in Part and Denying in Part Plaintiffs' Request for Preliminary Injunction entered on October 11, 2023 (docket entry 52), that is the controlling ruling.

It is so ORDERED.

SIGNED this 12th day of March, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[2] https://www.brainyquote.com/quotes/donald_rumsfeld