IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Gary Perez and Matilde Torres<br>Plaintiffs | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 23-CV-00977-FB |
| | §<br>§ | |
| City of San Antonio<br>Defendant | §<br>§ | |

### CITY OF SAN ANTONIO'S ADVISORY TO THE COURT

TO THE HONORABLE FRED BIERY,
UNITED STATES DISTRICT JUDGE:

      Defendant City of San Antonio respectfully advises this Honorable Court that for the exigent and compelling public safety interests stated in the attached report, the (all dead) Tree #93 will be removed today.

      Respectfully submitted,

LANGLEY & BANACK,
INCORPORATED
745 East Mulberry Avenue
Suite 700
San Antonio, Texas 78212
(210) 736-6600
(210) 735-6889 – Fax

By:   */s/ Fred R. Jones*
      Fred R. Jones
      State Bar No. 10886700
      Email: fjones@langleybanack.com
      Natalie F. Wilson
      State Bar No. 24076779
      Email: nwilson@langleybanack.com

        Sara Murray
        State Bar No. 14729400
        Email: smurray@langleybanack.com
        Ian M. McLin
        State Bar No. 24005071
        Email: imclin@langleybanack.com
        Lee Warren
        State Bar No. 24099453
        Email: lwarren@langleybanack..com

-and-

        CITY OF SAN ANTONIO
        Deborah Klein
        Deputy City Attorney
        State Bar No. 11556750
        International Center
        203 S. St. Mary's Street, 2nd Floor
        San Antonio, Texas 78205
        (210) 207-8949
        (210) 207-4004 – Fax
        Deborah.Klein@sanantonio.gov

        ATTORNEYS FOR DEFENDANT
        CITY OF SAN ANTONIO

## CERTIFICATE OF SERVICE

    This is to certify that on the 20th day of November 2025, a true and correct copy of the foregoing document has been forwarded via electronic service through the Court's CM/ECF system to all counsel of record.

        */s/ Fred R. Jones*
        Fred R. Jones