# EXHIBIT 1

# Emergency Tree Removal
## Brackenridge Park 2017 Bond Project Improvements - Phase I

Submitted: November 20, 2025
Completed by: Ross Hosea, ISA Certified Arborist® TX-3811A
Parks and Recreation Manager, Urban Forestry Division
City of San Antonio, Parks and Recreation Department

### Tree # 093 – 19" Baldcypress Tree:

This tree has been dead for several years and is located inside and directly adjacent to the fenced area which secures the site. It has been regularly monitored, but on recent inspection, its condition of decay has greatly increased. There is now visible separation between the soil and trunk leading to evidence that it is actively failing. Due to its location and severly decayed condition, it is necessary to remove immediately as it presents an imminent risk for failure. Any delays prolong risk to the public and maintenance vehicles as it would fall into the Old St. Mary's Road and the San Antonio Zoo. This road is used for maintenance and public pedestrian access.










