IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Gary Perez and Matilde Torres<br>Plaintiffs | § § § | |
| vs. | § § § | CIVIL ACTION NO. 23-CV-00977-FB |
| City of San Antonio<br>Defendant | § § § § | |

---

### CITY OF SAN ANTONIO'S ADVISORY TO THE COURT REGARDING INTENT TO PROCEED WITH FIRST PUMPHOUSE UNDERPINNING PROJECT

---

TO THE HONORABLE FRED BIERY,
UNITED STATES DISTRICT JUDGE:

The City of San Antonio respectfully provides this Honorable Court and all Counsel with notice that the City intends to proceed forthwith on work to replace the foundation of the "First Waterworks Pump House in Brackenridge Park." See **Exhibit 1** (Project Location Map bearing City's Bates label 3303) and **Exhibit 2** (Project Area Map bearing City's Bates label 3304). The City provides the following information regarding this scheduled work:

## I. Background

1.1     The First Waterworks Pump House in Brackenridge Park is situated along the outside curve of a bend on the North side of the San Antonio River in the Lambert Beach area. The building sits over a raceway where it connects to the river. The Pump House and adjacent raceway were constructed in the 1877-1878 era.

1.2     Currently, the stone foundation supporting the Pump House is unstable. Without intervention, this puts the building at risk of damage and eventual collapse. This creates a safety hazard for the public and puts the entire structure at risk. The primary goal of the project is to provide a more stable foundation for the building and safe access for the public through preservation and stabilization measures.  This planned work is in furtherance of the City's 2017 Brackenridge Park Master Plan, and was described in a revised Treatment Plan ("Treatment Plan") dated November 14, 2025.  The Treatment Plan was approved by USACE, and a copy was provided to all counsel on January 30, 2026.  In a telephone conference on March 4, 2026, Plaintiffs' counsel was advised of the City's intention to proceed with this foundation work

1.3     The Pump House Underpinning project proposes to stabilize the Pump House in Brackenridge Park by replacing the currently failing foundation with a reinforced concrete footing that will provide a safe and stable base to support the building.  Within the 0.92-acre project area, proposed activities associated with this project will include removing concrete paving and stone curbs to the northeast and northwest of the Pump House, excavating adjacent to the foundation walls, installing shoring under the building, and removing the Pump House Foundation and replacing it with a reinforced concrete footing.

1.4     A single tree that is immediately adjacent to the northeast wall of the Pump House will be removed due to its proximity to the building.  See **Exhibits 3** and **4** (photos of tree to be removed bearing City's Bates labels 3456-3457).  The tree removal is necessary to allow for the excavation required to install the new reinforced concrete footings.  This tree was listed in the Phase 1 Tree Matrix (Preliminary Injunction Hearing

City of San Antonio's Advisory to the Court – Page 2

Exhibit D60) as Tree #107, an 18" diameter Pecan tree.  The tree is approximately 1,000 feet to the North and East of the Sacred Area as described in the pleadings.

1.5     The river will be dewatered only in the small area of the San Antonio River that flows into the raceway, as shown by the yellow lines on Exhibit 2, the Project Area Map.  The remaining area of the river will be undisturbed, as it currently flows through the Lambert Beach area.  Within the dewatered area, any portion of the river lined with concrete will be assessed and repaired as needed.

1.6     No renovation or alteration of any other portion of the Pump House will occur other than the foundation.  Other previously identified historic properties will be protected in place.

## II.  Permitting and Plans to Proceed with Construction

2.1     The City has received the necessary permit from the U.S. Corps of Engineers (USACE) to proceed with the work described above.  See attached **Exhibit 5**, USACE permit bearing City's Bates labels COSA 3283-3287.

2.2     The removal of the tree described above is scheduled to take place during the week of March 23, 2026, after which the City intends to provide its contractor with a notice to proceed with the construction on the underpinning project, at which point the contractor will begin to mobilize with a perimeter fence at the Pump House and installation of a coffer dam in the river.

2.3     Construction duration of the work described above will be approximately six months.

Respectfully submitted,

LANGLEY & BANACK,
INCORPORATED
745 East Mulberry Avenue
Suite 700
San Antonio, Texas 78212
(210) 736-6600
(210) 735-6889 – Fax


By:    /s/ Fred R. Jones
       Fred R. Jones
       State Bar No. 10886700
       Email: fjones@langleybanack.com
       Natalie F. Wilson
       State Bar No. 24076779
       Email: nwilson@langleybanack.com
       Sara Murray
       State Bar No. 14729400
       Email: smurray@langleybanack.com
       Laura Flores Macom
       State Bar No. 24002512
       Email: lmacom@langleybanack.com
       Lee Warren
       State Bar No. 24099453
       Email: lwarren@langleybanack..com

-and-

CITY OF SAN ANTONIO
Deborah Klein
Deputy City Attorney
State Bar No. 11556750
Email: Deborah.Klein@sanantonio.gov
International Center
203 South St. Mary's Street, 2nd Floor
San Antonio, Texas 78205
(210) 207-8949
(210) 207-4004 – Fax

ATTORNEYS FOR DEFENDANT
CITY OF SAN ANTONIO

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 20th day of March 2026, a true and correct copy of the foregoing document has been forwarded via electronic service through the Court's CM/ECF system to all counsel of record.

*/s/ Fred R. Jones*
Fred R. Jones