# EXHIBIT 1



*Figure 1 Project Location Map*

COSA 3303