# EXHIBIT 2



*Figure 2 Project Area Map*

COSA 3304