# EXHIBIT 3



COSA 3456