# EXHIBIT 4



COSA 3457