# EXHIBIT 5

From: Dephouse, Eric J CIV USARMY CESWF (USA) <Eric.J.Dephouse@usace.army.mil>
Sent: Tuesday, January 13, 2026 10:20 AM
To: Theresa Larson (CDD) <Theresa.Larson@sanantonio.gov>; Matt Kitchen <mkitchen@adamsenvironmental.com>
Subject: [EXTERNAL] SWF-2025-00420 Brackenridge Park Pump House Underpinning - COSA 214: NWP 3

Greetings:

Attached is our NWP 3 letter for SWF-2025-00420 Brackenridge Park Pump House Underpinning - COSA 214.  Please note the special condition from Arlo. If you would like a hardcopy, or have any other questions or concerns, please let me know.

Respectfully,
Eric Dephouse

_____

Eric Dephouse
Project Manager
US Army Corps of Engineers
Fort Worth District CESWF-RDE
819 Taylor Street, Room 3A37
Fort Worth, Texas  76102-0300
Office:    817.886.1820
Email: eric.j.dephouse@usace.army.mil

USACE Fort Worth District Regulatory Division Website http://www.swf.usace.army.mil/Missions/Regulatory.aspx

USACE Regulatory Request System (RRS) https://rrs.usace.army.mil/rrs - Please use the RRS for initial submittals for USACE regulatory projects.

Please help the Regulatory Program improve its service by completing the survey on the following website: https://regulatory.ops.usace.army.mil/customer-service-survey/


**THIS EMAIL IS FROM AN EXTERNAL SENDER OUTSIDE OF THE CITY.**

Be cautious before clicking links or opening attachments from unknown sources. Do not provide personal or confidential information.

1

COSA 3283



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS, FORT WORTH DISTRICT
P. O. BOX 17300
FORT WORTH, TEXAS 76102-0300

January 13, 2026

Regulatory Division

SUBJECT:  Project Number SWF-2025-00420, Brackenridge Park Pump House Underpinning

Mr. Homer Garcia III
City of San Antonio Parks and Recreation Department
P.O. Box 839966
San Antonio, Texas  78283
Homer.Garcia@sanantonio.gov

Dear Mr. Garcia:

   This letter is in regard to information received September 9, 2025, and subsequent information received October 3, 2025, concerning a proposal by the City of San Antonio Parks and Recreation Department to conduct maintenance activities at Brackenridge Park, in the city of San Antonio, Bexar County, Texas.  This project has been assigned Project Number SWF-2025-00420. Please include this number in all future correspondence concerning this project.

   Under Section 404 of the Clean Water Act the U.S. Army Corps of Engineers (USACE) regulates the discharge of dredged and fill material into waters of the United States, including wetlands. USACE responsibility under Section 10 of the Rivers and Harbors Act of 1899 is to regulate any work in, or affecting, navigable waters of the United States. Based on the description of the proposed work, and other information available to us, we have determined this project will involve activities subject to the requirements of Section 404.

   We have reviewed this project under the pre-construction notification procedures of Nationwide Permit General Condition 32, Federal Register, Vol. 86, No. 245, Monday, December 27, 2021. We have determined the discharge of dredged or fill materials into waters of the United States associated with this project appears to qualify for Nationwide Permit 3 for Maintenance. To use this permit, the person responsible for the project must ensure the work is in compliance with the specifications and conditions for the permit listed above, found at https://www.swf.usace.army.mil/Missions/Regulatory/Permitting/Nationwide-General-Permits/, and the special condition below. Additionally, all activities must comply with the water quality certification conditions of the Texas Commission on Environmental Quality (TCEQ) located at https://www.swf.usace.army.mil/Portals/47/docs/regulatory/Permitting/General%20Permitting/TX_401_cert.pdf?ver=rIe8wttu6MRCA2s6Q4QQMg%3d%3d.

SPECIAL CONDITION:

1. The permittee shall abide by the Treatment Plan dated November 14, 2025, provided by the permittee, and titled "First Pump House Underpinning Treatment Plan, Brackenridge Park, San

COSA 3284

-2-

Antonio, Bexar County, Texas." The permittee shall perform work within the area of potential effects (APE) as defined in the Treatment Plan; any deviations to the APE will require consultation with USACE and the THC.

Failure to comply with these specifications and conditions invalidates the authorization and may result in a violation.

Our verification for the construction of this activity under this nationwide permit is valid until March 14, 2026, unless prior to that date the nationwide permit is suspended, revoked, or modified such that the activity would no longer comply with the terms and conditions of the nationwide permit on a regional or national basis. The USACE will issue a public notice announcing the changes when they occur. Furthermore, activities that have commenced, or are under contract to commence, in reliance on a nationwide permit will remain authorized provided the activity is completed within 12 months of the date of the nationwide permit's expiration, modification, or revocation, unless discretionary authority has been exercised on a case-by-case basis to modify, suspend, or revoke the authorization in accordance with 33 CFR 330.4(e) and 33 CFR 330.5(c) or (d). Continued confirmation that an activity complies with the specifications and conditions, and any changes to the nationwide permit, is the responsibility of the permittee.

Our review of this project also addressed its effects on threatened and endangered species. Based on the information provided, we have determined this project will not affect any species listed as threatened or endangered by the U.S. Fish and Wildlife Service within our permit area. However, please note you are responsible for meeting the requirements of General Condition 18 on endangered species.

The permittee must sign and submit to us the enclosed certification that the work, including any proposed mitigation, was completed in compliance with the nationwide permit. The permittee should submit the certification within 30 days of the completion of work.

This permit should not be considered as an approval of the design features of any activity authorized or an implication that such construction is considered adequate for the purpose intended.  It does not authorize any damage to private property, invasion of property rights, or any infringement of federal, state, or local laws or regulations.

Thank you for your interest in our nation's water resources. If you have any questions concerning our regulatory program, please refer to our website at http://www.swf.usace.army.mil/Missions/Regulatory or contact Mr. Eric Dephouse at the address above, by telephone (817) 886-1820, or by email Eric.J.Dephouse@usace.army.mil, and refer to your assigned project number.

COSA 3285

-3-

Please help the regulatory program improve its service by completing the survey on the following website: https://regulatory.ops.usace.army.mil/customer-service-survey/

Sincerely,

*Jennifer R. Walker*

For:   Brandon W. Mobley
Chief, Regulatory Division

Enclosure

Copy Furnished (With Enclosure):

Matt Kitchen, Adams Environmental, mkitchen@adamsenvironmental.com

COSA 3286

**PERMIT COMPLIANCE CERTIFICATION**

U.S. Army Corps of Engineers Project Number:  SWF-2025-00420

Type of Nationwide:    Nationwide Permit 3 for Maintenance

Name of Permittee:    City of San Antonio Parks and Recreation Department

Date of Issuance:        January 13, 2026

Upon completion of the activity authorized by this permit and any mitigation required by the permit, sign this certification and return it to the following address:

> Regulatory Division
> CESWF-RD
> U.S. Army Corps of Engineers
> P.O. Box 17300
> Fort Worth, Texas 76102-0300
>
> Or email to:  CESWF-Compliance@usace.army.mil

Please note that your permitted activity is subject to a compliance inspection by a U.S. Army Corps of Engineers representative.  If you fail to comply with this permit you are subject to permit suspension, modification, or revocation.

**I hereby certify that the work authorized by the above referenced permit was completed in accordance with the terms and conditions of the said permit, and required mitigation was completed in accordance with the permit conditions.**

_____        _____
Signature of Permittee                                        Date

COSA 3287