IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Gary Perez and Matilde Torres<br>Plaintiffs | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 23-CV-00977-FB |
| | §<br>§ | |
| City of San Antonio<br>Defendant | §<br>§ | |

CITY OF SAN ANTONIO'S **AMENDED ADVISORY** REGARDING INTENT TO
PROCEED WITH FIRST PUMP HOUSE UNDERPINNING PROJECT

TO THE HONORABLE FRED BIERY,
UNITED STATES DISTRICT JUDGE:

The City of San Antonio respectfully provides this Honorable Court and all Counsel

with this Amended Advisory Regarding Intent to Proceed with First Pump House

Underpinning Project, and would respectfully show as follows:

I.

Notice of Rescheduled Date for Removal of
Tree #107, adjacent to the Pump House

The removal of the tree described in the City's March 20, 2026 Advisory has been

rescheduled to occur during the week of April 6, 2026, rather than the week of March 23,

2026.  Otherwise, the City's March 20, 2026 Advisory remains unchanged.

Respectfully submitted,

LANGLEY & BANACK,
INCORPORATED
745 East Mulberry Avenue
Suite 700
San Antonio, Texas 78212

(210) 736-6600
(210) 735-6889 – Fax


By:    /s/ Fred R. Jones
       Fred R. Jones
       State Bar No. 10886700
       Email: fjones@langleybanack.com
       Natalie F. Wilson
       State Bar No. 24076779
       Email: nwilson@langleybanack.com
       Sara Murray
       State Bar No. 14729400
       Email: smurray@langleybanack.com
       Laura Flores Macom
       State Bar No. 24002512
       Email: lmacom@langleybanack.com
       Lee Warren
       State Bar No. 24099453
       Email: lwarren@langleybanack..com

-and-

CITY OF SAN ANTONIO
Deborah Klein
Deputy City Attorney
State Bar No. 11556750
Email: Deborah.Klein@sanantonio.gov
International Center
203 South St. Mary's Street, 2nd Floor
San Antonio, Texas 78205
(210) 207-8949
(210) 207-4004 – Fax

ATTORNEYS FOR DEFENDANT
CITY OF SAN ANTONIO

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 25th day of March 2026, a true and correct copy of the foregoing document has been forwarded via electronic service through the Court's CM/ECF system to all counsel of record.

/s/ *Fred R. Jones*
Fred R. Jones